EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number):*
Recording requested by and return to:
SHERYL D. NOEL #172551
DARRYL J. HOROWITT #100898
COLEMAN & HOROWITT, LLP    File # 12587.01
499 W. Shaw Avenue, Suite 116
Fresno, CA 93704
(559) 248-4820

[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ US DISTRICT COURT
STREET ADDRESS: 2500 Tulare Street
MAILING ADDRESS: Same as above
CITY AND ZIP CODE: Fresno, CA 93721
BRANCH NAME: Eastern District

FOR RECORDER'S USE ONLY

PLAINTIFF: AMEGY BANK NATIONAL ASSOCIATION

DEFENDANT: MICHAEL WALKER AND JEFF BAKER

CASE NUMBER: 1:12-mc-00027-SKO

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS   [ ] Amended

FOR COURT USE ONLY

COPY ISSUED

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
a. Judgment debtor's
   Name and last known address
   JEFF BAKER
   3551 Pegasus Drive
   Bakersfield, CA 93308

b. Driver's license no. [last 4 digits] and state:   [X] Unknown
c. Social security no. [last 4 digits]:   [X] Unknown
d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):* JEFF BAKER
   3351 Pegasus Drive
   Bakersfield, CA 93308

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   AMEGY BANK NATIONAL ASSOCIATION, c/o Coleman & Horowitt, LLP, 499 W. Shaw Ave., Ste. 116, Fresno, CA 93704

Date: July 20, 2012
SHERYL D. NOEL
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

► (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 8,440,389.69
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* June 19, 2012
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of *(name and address):*

11. A stay of enforcement has
   a. [X] not been ordered by the court.
   b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    Clerk, by Victoria C. Minor, Deputy

[SEAL]

This abstract issued on *(date):* JUL 24 2012

| PLAINTIFF: AMEGY BANK NATIONAL ASSOCIATION | CASE NUMBER: |
|---|---|
| DEFENDANT: MICHAEL WALKER AND JEFF BAKER | 1:12-mc-00027-SKO |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.     Name and last known address

17.     Name and last known address

Driver's license no. [last 4 digits]
and state:                    ☐ Unknown
Social security no. [last 4 digits]:    ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits]
and state:                    ☐ Unknown
Social security no. [last 4 digits]:    ☐ Unknown
Summons was personally served at or mailed to *(address):*

18.     Name and last known address

19.     Name and last known address

Driver's license no. [last 4 digits]
and state:                    ☐ Unknown
Social security no. [last 4 digits]:    ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits]
and state:                    ☐ Unknown
Social security no. [last 4 digits]:    ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.