ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number):*
Recording requested by and return to:

SHERYL D. NOEL #172551
DARRYL J. HOROWITT #100898
COLEMAN & HOROWITT, LLP    File # 12587.01
499 W. Shaw Avenue, Suite 116
Fresno, CA 93704
(559) 248-4820

| [X] | ATTORNEY FOR | [X] | JUDGMENT CREDITOR | [ ] | ASSIGNEE OF RECORD |

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ US DISTRICT COURT
STREET ADDRESS: 2500 Tulare Street
MAILING ADDRESS: Same as above
CITY AND ZIP CODE: Fresno, CA 93721
BRANCH NAME: Eastern District

*FOR RECORDER'S USE ONLY*

PLAINTIFF: AMEGY BANK NATIONAL ASSOCIATION

DEFENDANT: MICHAEL WALKER AND JEFF BAKER

CASE NUMBER:

1:12-mc-00027-SKO

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] **Amended**

*FOR COURT USE ONLY*

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      JEFF BAKER
      3551 Pegasus Drive
      Bakersfield, CA 93308

   b. Driver's license no. [last 4 digits] and state:        [X] Unknown
   c. Social security no. [last 4 digits]:                    [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):* JEFF BAKER
      3351 Pegasus Drive
      Bakersfield, CA 93308

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   AMEGY BANK NATIONAL ASSOCIATION, c/o Coleman & Horowitt, LLP, 499 W. Shaw Ave., Ste. 116, Fresno, CA 93704

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: September 17, 2012

SHERYL D. NOEL
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 8,440,389.69
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* June 19, 2012
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    Clerk, by _____ , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Legal Solutions Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: AMEGY BANK NATIONAL ASSOCIATION | CASE NUMBER: |
|---|---|
| DEFENDANT: MICHAEL WALKER AND JEFF BAKER | 1:12-mc-00027-SKO |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.        Name and last known address

17.        Name and last known address

Driver's license no. [last 4 digits]
and state:      ☐ Unknown
Social security no. [last 4 digits]:      ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits]
and state:      ☐ Unknown
Social security no. [last 4 digits]:      ☐ Unknown
Summons was personally served at or mailed to *(address):*

18.        Name and last known address

19.        Name and last known address

Driver's license no. [last 4 digits]
and state:      ☐ Unknown
Social security no. [last 4 digits]:      ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits]
and state:      ☐ Unknown
Social security no. [last 4 digits]:      ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.