## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMEGY BANK, N.A., | CASE NO. 1:12-mc-00027-SKO |
| Plaintiff, | |
| v. | **ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR JEFF BAKER** |
| | (Doc. 9) |
| MICHAEL WALKER; JEFF BAKER, | |
| Defendants. | |

## I.   INTRODUCTION

On June 19, 2012, Plaintiff registered a "foreign judgment." (Doc. 4.) The foreign judgment is a court order issued by the U.S. District Court for the Western District of Texas entering default judgment against Defendants Michael Walker and Jeff Baker in the amount of $8,440,389.69.  On July 20, 2012, and again on September 17, 2012, Plaintiff requested issuance of an abstract of judgment. (Docs. 5, 7.) The Court issued an abstract of judgment as to Jeff Baker on September 18, 2012. (Doc. 8.) On February 5, 2013, Plaintiff filed an application and request for an order for the appearance and examination of judgment debtor Jeff Baker on March 13, 2013.  (Doc. 9.)

## II.   DISCUSSION

A judgment for money entered by a district court may be registered in any other district court once the judgment is final by filing a certified copy of such judgment in the other district . 28 U.S.C. § 1963.  The law of the enforcing state, not the judgment state, will normally control.  *Id*.  Under California law, all assets of a judgment debtor are subject to enforcement.  Cal. Civ. Proc. Code § 695.010 (a).

1    Pursuant to Federal Rule of Civil Procedure 69(a)(1), "[t]he procedure on execution – and
2 in proceedings supplementary to and in aid of judgment or execution – must accord with the
3 procedure of the state where the court is located, but a federal statute governs to the extent it
4 applies."  In turn, California Code of Civil Procedure § 708.110 provides, in relevant part:

> (a)  The judgment creditor may apply to the proper court for an order requiring the judgment debtor to appear before the court, or before a referee appointed by the court, at a time and place specified in the order, to furnish information to aid in enforcement of the money judgment.
>
> (b)  If the judgment creditor has not caused the judgment debtor to be examined under this section during the preceding 120 days, the court shall make an order upon ex parte application of the judgment creditor.
>
> (c)  If the judgment creditor has caused the judgment debtor to be examined under this section during the preceding 120 days, the court shall make the order if the judgment creditor by affidavit or otherwise shows good cause for the order.  The application shall be made on noticed motion if the court so directs or a court rule so requires.  Otherwise, it may be made ex parte.
>
> (d)  The judgment creditor shall personally serve a copy of the order on the judgment debtor not less than 10 days before the date set for examination.  Service shall be made in the manner specified in Section 145.10.  Service of the order creates a lien on the personal property of the judgment debtor for a period of one year from the date of the order unless extended or sooner terminated by the court.
>
> (e)  The order shall contain the following statement in 14-point boldface type if printed or in capital letters if typed: "NOTICE TO JUDGMENT DEBTOR.  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney's fees incurred by the judgment creditor in this proceeding."

Cal Civ. Proc. Code § 708.110(a)-(e).  California Code of Civil Procedure § 708.160(b) also provides that "[a] person sought to be examined may not be required to attend an examination before a court located outside the county in which the person resides or has a place of business unless the distance from the person's place of residence or place of business to the place of examination is less than 150 miles."  Cal. Civ. Proc. Code § 708.160(b).

The Court finds that Plaintiff has satisfied the requirement of 28 U.S.C. § 1963 because Plaintiff filed a certified copy of the order of the U.S. District Court for the Western District of Texas with this Court to obtain enforcement of that court's judgment in the amount of $8,440,389.69. (Doc. 4.)  Additionally, Plaintiff's application sets forth the showing required by Federal Rule of Civil Procedure 69(a)(2) and the applicable provisions of the California Code of Civil Procedure

§§ 708.110 and 708.160.

### III.   CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant/judgment debtor Jeff Baker shall appear personally on **Wednesday, March 13, 2013, at 9:30 a.m. in Courtroom 7 of the United States District Courthouse, located at 2500 Tulare Street, Fresno, California, 93721,** to furnish information to aid in enforcement of a money judgment by answering questions about the Defendant/ judgment debtor's real and person property; and

2. Plaintiff/judgment creditor must serve this order upon Defendant/judgment debtor Jeff Baker **personally not less than 10 days before the date set for the examination and must file a certificate of such service with the Court.**

**NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**[1]

IT IS SO ORDERED.

**Dated:   February 12, 2013**                         /s/ Sheila K. Oberto
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] This notice is furnished pursuant to California Code of Civil Procedure § 708.110(e).