EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address)*: | FOR COURT USE ONLY |
|---|---|
| SHERYL D. NOEL #172551<br>COLEMAN & HOROWITT, LLP   File # 12587.01<br>499 W. Shaw Avenue, Suite 116<br>Fresno, CA 93704<br>TELEPHONE NO.: (559) 248-4820   FAX NO.: (559) 248-0130<br>E-MAIL ADDRESS:<br>ATTORNEY FOR *(Name)*: AMEGY BANK NATIONAL ASSOCIATION<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | ISSUED COPY |

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ US DISTRICT COURT
STREET ADDRESS: 2500 Tulare Street
MAILING ADDRESS: Same as above
CITY AND ZIP CODE: Fresno, CA 93721
BRANCH NAME: Eastern District

PLAINTIFF: AMEGY BANK NATIONAL ASSOCIATION

DEFENDANT: MICHAEL WALKER AND JEFF BAKER

| WRIT OF | [X] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF  [ ] Personal Property<br>[ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>1:12-mc-00027-SKO<br>[ ] Limited Civil Case  [ ] Small Claims Case<br>[X] Unlimited Civil Case  [ ] Other |
|---|---|---|

1. **To the Sheriff or Marshal of the County of:** KERN

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):* AMEGY BANK NATIONAL ASSOCIATION

   is the [X] judgment creditor   [ ] assignee of record   whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

   JEFF BAKER
   3551 Pegasus Drive
   Bakersfield, CA 93308

   [ ] Additional judgment debtors on next page

5. **Judgment entered** on *(date):* June 19, 2012

6. [ ] **Judgment renewed** on *(dates):*

7. **Notice of sale** under this writ
   a. [X] has not been requested.
   b. [ ] has been requested *(see next page).*

8. [ ] Joint debtor information on next page.

   [SEAL]

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment ................... $ 8,440,389.69
12. Costs after judgment (per filed order or memo CCP 685.090) ............ $ 0.00
13. Subtotal *(add 11 and 12)* .......... $ 8,440,389.69
14. Credits ......................... $ 0.00
15. Subtotal *(subtract 14 from 13)* ..... $ 8,440,389.69
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) ... $ 0.00
17. Fee for issuance of writ ............ $ 0.00
18. **Total** *(add 15, 16, and 17)* ......... $ 8,440,389.69
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of 10% ..... $ 2,312.43
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) ........... $ 0.00
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on *(date):* MAR - 5 2013   Clerk, by J. HELLINGS, Deputy

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2012]

**WRIT OF EXECUTION**

Legal Solutions Plus

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5