# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

FILED
FEB 03 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| AMEGY BANK NATIONAL ASSOCIATION | 1:12-mc-00027-SKO |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| MICHAEL WALKER and JEFF BAKER | Bank Levy |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

BANK OF THE SIERRA

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4060 Coffee Road
Bakersfield, CA 93704

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

SHERYL D. NOEL
COLEMAN & HOROWITT, LLP
499 W. Shaw Ave., Ste. 116
Fresno, CA 93704

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

```
Please levy any and all accounts standing in the following name:

JEFF BAKER

including but not limited to checkings, savings, money market
accounts, T-bills, securities, stocks & bonds, safe-deposit boxes, etc.
```

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 559-248-4820
DATE: 4-1-13

*Sheryl Noel*

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 09 | 09 | UAD | 4/8/13 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: ANGELA RAMOS, SOA

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*:

Date of Service: 5/3/13
Time: 2:04 pm

Signature of U.S. Marshal or Deputy: *Hallenbeck*

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 55.00 | 6.77 | | 61.77 | | |

REMARKS: I have served the judgment debtor with the writ of execution, notice of levy with the info for judgment debtor, and a list of exemptions for the enforcement of judgment, by first class mail.

Deputy Signature                                                      Date

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08) |

EJ-150

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TEL NO.: |
|---|---|
| [X] Recording requested by and return to: | (559) 248-4820 |

SHERYL D. NOEL #172551
COLEMAN & HOROWITT, LLP   File #12587.01
499 W. Shaw Avenue, Suite 116
Fresno, CA 93704

[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

NAME OF COURT: U.S. DISTRICT COURT, EASTERN DISTRICT
STREET ADDRESS: 2500 Tulare Street
MAILING ADDRESS: Same as above
CITY AND ZIP CODE: Fresno, CA 93721
BRANCH NAME: FRESNO DIVISION
PLAINTIFF: AMEGY BANK NATIONAL ASSOCIATION
DEFENDANT: MICHAEL WALKER AND JEFF BAKER

FOR RECORDER'S USE ONLY

LEVYING OFFICER (Name and Address):
US Marshals Service
Civil Division
501 I Street, Suite 5600
Sacramento, CA 95814

**NOTICE OF LEVY**
under Writ of   [X] Execution (Money Judgment)   [ ] Sale

LEVYING OFFICER FILE NO.: 12-0027
COURT CASE NO.: 1:12-mc-00027-SKO

TO THE PERSON NOTIFIED *(name):* Bank of the Sierra

1. The judgment creditor seeks to levy upon property in which the judgment debtor has an interest and apply it to the satisfaction of a judgment as follows:

   a. Judgment debtor *(name):* JEFF BAKER

   b. The property to be levied upon is described
      [ ] in the accompanying writ of possession or writ of sale.
      [X] as follows: any and all accounts standing in the name of JEFF BAKER, including but not limited to checkings, savings, money market accounts, T-bills, securities, stocks & bonds, safe-deposit boxes, etc.

2. The amount necessary to satisfy the judgment creditor's judgment is

   | a. Total amount due (less partial satisfactions) | $ 8,440,389.69 |
   |---|---|
   | b. Levy fee | $ 150.00 |
   | c. Sheriff's disbursement fee | $ |
   | d. Recoverable costs | $ |
   | e. **Total** *(a through d)* | $ 8,440,539.69 |
   | f. Daily interest | $ 2,312.43 |

3. You are notified as
   a. [ ] a judgment debtor.
   b. [X] a person other than the judgment debtor *(state capacity in which person is notified):* Person whose property is being levied.

   *(Read Information for Judgment Debtor or Information for Person Other Than Judgment Debtor on page two.)*

Notice of Levy was
[ ] mailed on *(date):*
[X] delivered on *(date):* 5/3/13
[ ] posted on *(date):*
[ ] filed on *(date):*
[ ] recorded on *(date):*

Date: 5/3/13
Albert Najera, US Marshal
(TYPE OR PRINT NAME)

By: _____ (SIGNATURE)

[ ] Levying officer   [ ] Registered process server

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-150 [Rev. January 1, 2002]

**NOTICE OF LEVY**
**(Enforcement of Judgment)**

Legal Solutions Plus

Code of Civil Procedure, § 699.540

| SHORT TITLE: AMEGY BANK NATIONAL ASSOCIATION v. MICHAEL WALKER AND JEFF BAKER | LEVYING OFFICER FILE NO.: | COURT CASE NO.: 1:12-mc-00027-SKO |
|---|---|---|

## - INFORMATION FOR JUDGMENT DEBTOR -

1. The levying officer is required to take custody of the property described in item 1 in your possession or under your control.

2. You may claim any available exemption for your property. A list of exemptions is attached. **If you wish to claim an exemption for personal property, you must do so within 10 days after this notice was delivered to you or 15 days after this notice was mailed to you by filing a claim of exemption and one copy with the levying officer as provided in section 703.520 of the Code of Civil Procedure. If you do not claim an exemption, you may lose it and the property is subject to enforcement of a money judgment. If you wish to seek the advice of an attorney, you should do so immediately so that a claim of exemption can be filed on time.**

3. You are not entitled to claim an exemption for property that is levied upon under a judgment for sale of property. This property is described in the accompanying writ of sale. You may, however, claim available exemptions for property levied upon to satisfy damages or costs awarded in such a judgment.

4. You may obtain the release of your property by paying the amount of a money judgment with interest and costs remaining unpaid.

5. If your property is levied upon under a writ of execution or to satisfy damages and costs under a writ of possession or sale, the property may be sold at an execution sale, perhaps at a price substantially below its value. Notice of sale will be given to you. Notice of sale of real property (other than a leasehold estate with an unexpired term of less than two years) may not be given until at least 120 days after this notice is served on you. This grace period is intended to give you an opportunity to settle with the judgment creditor, to obtain a satisfactory buyer for the property, or to encourage other potential buyers to attend the execution sale.

6. All sales at an execution sale are final; there is no right of redemption.

## - INFORMATION FOR PERSON OTHER THAN JUDGMENT DEBTOR -

1. If the property levied upon is in your possession or under your control and you do not claim the right to possession or a security interest, you must deliver the property to the levying officer. If you do not deny an obligation levied upon or do not claim a priority over the judgment creditor's lien, you must pay to the levying officer the amount that is due and payable and that becomes due and payable during the period of the execution lien, which lasts two years from the date of issuance of the writ of execution. You must execute and deliver any documents needed to transfer the property.

2. You must complete the accompanying Memorandum of Garnishee.

3. If you claim ownership or the right to possession of real or personal property levied upon or if you claim a security interest in or lien on personal property levied upon, you may make a third-party claim and obtain the release of the property pursuant to sections 720.010–720.800 of the Code of Civil Procedure.

4. **Make checks payable to the levying officer.**

| EJ-150 [Rev. January 1, 2002] | NOTICE OF LEVY (Enforcement of Judgment) | Page 2 of 2 |
|---|---|---|

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number and address): | FOR COURT USE ONLY |
|---|---|
| SHERYL D. NOEL #172551<br>COLEMAN & HOROWITT, LLP    File # 12587.01<br>499 W. Shaw Avenue, Suite 116<br>Fresno, CA 93704<br>TELEPHONE NO.: (559) 248-4820    FAX NO.: (559) 248-0130<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (Name): AMEGY BANK NATIONAL ASSOCIATION<br>[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | ISSUED COPY |

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ US DISTRICT COURT
STREET ADDRESS: 2500 Tulare Street
MAILING ADDRESS: Same as above
CITY AND ZIP CODE: Fresno, CA 93721
BRANCH NAME: Eastern District

PLAINTIFF: AMEGY BANK NATIONAL ASSOCIATION

DEFENDANT: MICHAEL WALKER AND JEFF BAKER

| WRIT OF | [X] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF  [ ] Personal Property<br>                              [ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>1:12-mc-00027-SKO<br>[ ] Limited Civil Case  [ ] Small Claims Case<br>[X] Unlimited Civil Case  [ ] Other _____ |
|---|---|---|

1. **To the Sheriff or Marshal of the County of:** KERN

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):* AMEGY BANK NATIONAL ASSOCIATION
   is the [X] judgment creditor  [ ] assignee of record  whose address is shown on this form above the court's name.

4. Judgment debtor *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

   JEFF BAKER
   3551 Pegasus Drive
   Bakersfield, CA 93308

   [ ] Additional judgment debtors on next page

5. Judgment entered on *(date):* June 19, 2012
6. [ ] Judgment renewed on *(dates):*
7. Notice of sale under this writ
   a. [X] has not been requested.
   b. [ ] has been requested *(see next page).*
8. [ ] Joint debtor information on next page.

   [SEAL]

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment . . . . . . . . . . . . . . . . . . . $ 8,440,389.69
12. Costs after judgment (per filed order or memo CCP 685.090) . . . . . . . . . . . . . . $ 0.00
13. Subtotal *(add 11 and 12)* . . . . . . . . . . . . $ 8,440,389.69
14. Credits . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00
15. Subtotal *(subtract 14 from 13)* . . . . . . . . $ 8,440,389.69
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) . . . $ 0.00
17. Fee for issuance of writ . . . . . . . . . . . . . $ 0.00
18. Total *(add 15, 16, and 17)* . . . . . . . . . . . $ 8,440,389.69
19. Levying officer:
    (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of 10% . . . . . $ 2,312.43
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) . . . . . . . . . . . . $ 0.00
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on *(date):* MAR - 5 2013    Clerk, by J. HELLINGS , Deputy

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2012]

**WRIT OF EXECUTION**    Legal Solutions Plus

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5

EJ-130

| PLAINTIFF: AMEGY BANK NATIONAL ASSOCIATION | CASE NUMBER: |
|---|---|
| DEFENDANT: MICHAEL WALKER AND JEFF BAKER | LC094256 |

— Items continued from page 1—

21. ☐ **Additional judgment debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

22. ☐ **Notice of sale** has been requested by *(name and address):*

23. ☐ **Joint debtor** was declared bound by the judgment (CCP 989–994)
    a. on *(date):*
    b. name, type of legal entity stated in judgment if not a natural person, and last known address of joint debtor:

    a. on *(date):*
    b. name, type of legal entity stated in judgment if not a natural person, and last known address of joint debtor:

    c. ☐ additional costs against certain joint debtors *(itemize):*

24. ☐ *(Writ of Possession or Writ of Sale)* **Judgment** was entered for the following:
    a. ☐ Possession of real property: The complaint was filed on *(date):*
        *(Check (1) or (2)):*
        (1) ☐ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
            The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
        (2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
            (a) $ 0.00     was the daily rental value on the date the complaint was filed.
            (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*
    b. ☐ Possession of personal property.
        ☐ If delivery cannot be had, then for the value *(itemize in 24e)* specified in the judgment or supplemental order.
    c. ☐ Sale of personal property.
    d. ☐ Sale of real property.
    e. Description of property:

---

**NOTICE TO PERSON SERVED**
WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
► A Claim of Right to Possession form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: (559) 248-4820 | FOR RECORDER'S USE ONLY |
|---|---|---|
| [X] Recording requested by and return to.<br>SHERYL D. NOEL #172551<br>COLEMAN & HOROWITT, LLP<br>499 W. Shaw Avenue, Suite 116<br>Fresno, CA 93704 | | |

ATTORNEY FOR (Name): AMEGY BANK NATIONAL ASSOCIATION
NAME OF COURT: UNITED STATES DISTRICT COURT, EASTERN DISTRICT
STREET ADDRESS: 2500 Tulare Street
MAILING ADDRESS: Same as above
CITY AND ZIP CODE: Fresno, CA 93721
BRANCH NAME: FRESNO DIVISION

PLAINTIFF: AMEGY BANK NATIONAL ASSOCIATION

DEFENDANT: MICHAEL WALKER AND JEFF BAKER

**MEMORANDUM OF GARNISHEE**
(Attachment - Enforcement of Judgment)

LEVYING OFFICER (Name and Address): ~~U.S. Marshals Service~~ U.S. Marshals Service
Civil Division
501 I Street, Suite 5600
Sacramento, CA 95814

LEVYING OFFICER FILE NO.: 12-0027
COURT CASE NO.: 1:12-mc-00027-SKO

NOTICE TO PERSON SERVED WITH WRIT AND NOTICE OF LEVY OR NOTICE OF ATTACHMENT: This memorandum must be completed and mailed or delivered to the levying officer within 10 days after service on you of the writ and notice of levy or attachment unless you have fully complied with the levy. Failure to complete and return this memorandum may render you liable for the costs and attorney fees incurred in obtaining the required information.
- RETURN ALL COPIES OF THIS MEMORANDUM TO THE LEVYING OFFICER -

This memorandum does *not* apply to garnishment of earnings.

1. If you will not deliver to the levying officer any property levied upon, describe the property and the reason for not delivering it:



No account

2. **For writ of execution only** Describe any property of the judgment debtor not levied upon that is in your possession or under your control:

3. If you owe money to the judgment debtor which you will not pay to the levying officer, describe the amount and terms of the obligation and the reason for not paying it to the levying officer:

(Continued on reverse)

Form Approved by the
Judicial Council of California
AT-157, EJ-152 [New July 1, 1983]
Optional Form

**MEMORANDUM OF GARNISHEE**
(Attachment - Enforcement of Judgment)

Legal Solutions Plus

CCP 488.610
701.030

| SHORT TITLE: AMEGY BANK NATIONAL ASSOCIATION v. MICHAEL WALKER AND JEFF BAKER. | LEVYING OFFICER FILE NO.: | COURT CASE NO.: 1:12-mc-00027-SKO |
|---|---|---|

4. Describe the amount and terms of any obligation owed to the judgment debtor that is levied upon but is not yet due and payable:

5. **For writ of execution only** Describe the amount and terms of any obligation owed to the judgment debtor that is not levied upon:

6. Describe any claims and rights of other persons to the property or obligation levied upon that are known to you and the names and addresses of the other persons:

## DECLARATION

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 5-8-13

P Isom
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE)

---

If you need more space to provide the information required by this memorandum, you may attach additional pages.
☐ Total number of pages attached:

---

AT-167, EJ-152 [New July 1, 1983] **MEMORANDUM OF GARNISHEE** Page two
(Attachment - Enforcement of Judgment)